RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

FEB 28 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| United States of America | ) |
| | )    Case No. 2:14-mj-153-CWH |
| v. | ) |
| GAMALIEL ZAVALA ENRIQUEZ | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT 333 LAS VEGAS BLVD. SOUTH LAS VEGAS, NV 89101 | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Monday, March 3, 2014, 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Feb. 28, 2014

_____
*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_____
*Printed name and title*